# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 9, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder,
Justices

156399(44)

BRENDA HERZEL MASSEY,
      Plaintiff/Counterdefendant-
      Appellee,

v

MARLAINA, LLC,
      Defendant/Counterplaintiff-
      Appellant,
and

DAWN MUELLER, STB BROKERAGE, and
COLDWELL BANKER WEIR MANUEL,
      Defendants
_____/

SC: 156399
COA: 332562
Oakland CC: 2015-148623-CH

On order of the Chief Justice, the motion of plaintiff/counterdefendant-appellee to extend the time for filing her answer is GRANTED. The answer submitted on October 18, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 9, 2017



Clerk